IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 NOV 22 A 9 44

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| ROBERT F. VAN DYKE, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-112 |
| RONALD STRENGTH, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, this case is **DISMISSED** without prejudice.

SO ORDERED this 22nd day of November, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE